UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STATE OF LOUISIANA, EX REL.,** <br> **JEFFERSON PARISH SCHOOL BOARD** <br><br> **AND** <br><br> **JEFFERSON PARISH SCHOOL BOARD,** <br> **IN ITS OWN CAPACITY AS A POLITICAL** <br> **SUDIVISION OF THE STATE OF LOUISIANA** <br> **AND IN ITS CAPACITY AS THE TRUSTEE,** <br> **ADMINISTRATOR AND/OR MANAGER** <br> **OF "SECTION 16" LANDS WITHIN** <br> **JEFFERSON PARISH** <br> **(Plaintiffs)** <br><br> **VERSUS** <br><br> **BP EXPLORATION & PRODUCTION, INC.,** <br> **BP AMERICA PRODUCTION COMPANY, and** <br> **BP P.L.C.** <br> **(Defendants)** | **CAUSE NO.:** <br><br><br> **SECTION:** <br><br><br><br><br> **MAGISTRATE:** |

**COMPLAINT**
**Rule 9(h)**

1.

On or about April 20, 2010, the Deepwater Horizon drilling platform exploded and sank, causing a spill of over 200 million gallons of crude oil from the Macondo Well, MC-252, and resulting in the worst maritime environmental disaster in United States history.

2.

Plaintiffs, State of Louisiana, ex rel., Jefferson Parish School Board and Jefferson Parish School Board, in its own capacity as a political subdivision of the State of Louisiana and in its capacity as the trustee, administrator and/or manager of "Section 16" lands within Jefferson Parish (hereinafter collectively referred to as "Plaintiffs" or "LA ex rel. Jefferson Parish School

Board and Jefferson Parish School Board"), bring this action for the economic injuries, damages, and/or losses as well as property damages and/or losses sustained, or which will be sustained, by Plaintiffs as a result of the oil spill.

3.

Plaintiffs bring this civil action as a related action in the matter entitled IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010, MDL No. 2179.

4.

Plaintiffs are independent political subdivisions of the State of Louisiana, according to the Louisiana Constitution of 1974, which suffered damages as a result of the oil spill.

5.

In filing this Complaint, Plaintiffs hereby assert by adoption and reference a claim in the Complaint and Petition of Triton Asset Leasing GmbH, et al., No. 10-2771; adopt and incorporate the Master Answer [Rec. Doc. 244] to the Complaint and Petition of Triton Asset Leasing GmbH, et al., in No. 10-2771; and intervene into, join and otherwise adopt the Master Complaint, Cross-Claim, and Third-Party Complaint for Local Governmental Entities (document 1510) filed in MDL No. 2179 (10 md 2179), including any subsequent supplemental or amending complaints thereto.

6.

Plaintiffs brings this case against the following defendants:

a) BP Exploration & Production, Inc., a Delaware corporation with its principal place of business in Warrenville, Illinois. This court has personal jurisdiction over BP Exploration because BP Exploration is registered to do business in Louisiana, does business in Louisiana, and has a registered agent in Louisiana;

b)  BP America Production Company, a Delaware corporation with its principal place of business in Houston, Texas.  This Court has personal jurisdiction over BP America, because BP America is registered to do business in Louisiana, does business in Louisiana, and has a registered agent in Louisiana;

c)  BP p.l.c., a British public limited company with its corporate headquarters in London, England.  This court has general jurisdiction over BP p.l.c pursuant to Louisiana's long arm general jurisdiction provision, in combination with Rule 4(k) (1) (A) of the Federal Rules of Civil Procedure.

BP Exploration & Production, Inc., BP America Production Company, and BP p.l.c. are referenced herein collectively as "BP".

7.

Jurisdiction and venue exist before this Court.  Specific allegations of jurisdiction and venue as set forth in the Master Complaint, including any subsequent supplemental or amending complaints thereto, are adopted and plead herein.

8.

Upon current information and belief, Plaintiffs, hereby allege that LA ex rel. Jefferson Parish School Board and Jefferson Parish School Board sustained injuries and damages from the Deepwater Horizon Oil Spill.  Specific damages include, but are not limited to, diminished revenues through the collection of sales, property and other taxes/fees within Jefferson Parish; damages to its Section 16 lands as a result of direct contact with oil, dispersants and other chemicals used as a result of the oil; and economic, income, revenue, property and compensatory damages.

9.

LA ex rel. Jefferson Parish School Board and Jefferson Parish School Board contend that Plaintiffs' previous transmissions, communications, and/or claims made by Plaintiffs to BP and/or BP's agents/representatives/administrators were sufficient to protect all of Plaintiffs'

rights in this matter, including the full satisfaction of the "Presentment" requirement under the Oil Pollution Act (OPA) to BP as the "Responsible Party" under OPA. The time period for BP to respond to Plaintiffs' Presentment claim has expired, and BP has either denied Plaintiffs' claim or otherwise failed to accept or sufficiently respond to Plaintiffs' demand. Accordingly, Plaintiffs are entitled to file the instant Complaint.

10.

In addition to Plaintiffs' other transmissions, communications and/or claims, Plaintiffs, out of an abundance of caution, made and/or re-made claim Presentment in accord with 33 USC §§ 2702(b) and 2713 by submitting a description of the claim with a "sum certain" demand and with supporting documentation to BP as the "Responsible Party" under OPA via U.S. certified mail and/or electronic transmission, on or about January 17, 2013. BP either denied Plaintiffs' claims or otherwise failed to accept or respond within 90 days of Presentment. Plaintiffs have thus satisfied the mandatory condition precedent to file this civil action under OPA.

11.

Plaintiffs' claims for relief against each of the Defendants are adopted anew from the Master Complaint referenced above, including any subsequent supplemental or amending complaints thereto, and are incorporated and re-alleged herein. Said claims include, but are not limited to, all applicable claims under the general maritime law and the Oil Pollution Act, as well as State Law Claims for Relief, Punitive Damages and Declaratory Relief.

12.

As a result of the Defendants' negligence, strict liability, gross negligence, willful and wanton conduct, and violations of applicable safety, construction or operating regulations/statutes, Plaintiffs have sustained and will continue to sustain damages indefinitely

into the future. Said damages sustained by Plaintiffs and recoverable from the named Defendants include, but are not limited to, the following:

- a) economic, income, royalties, rents, property, lands, and compensatory damages/diminution of values;

- b) diminution of tax/fee revenues;

- c) punitive and/or exemplary damages;

- d) pre-judgment and post-judgment interest at the maximum rate allowable by law;

- e) attorneys' fees, claims preparation expenses, and costs of litigation;

- f) declaratory and injunctive relief; and

- g) such other and further relief and damages available under all applicable state and federal laws, as well as any and all relief that the Court deems just and appropriate.

13.

Plaintiffs hereby designate this matter as a bench trial under Rule 9(h) of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiffs pray for judgment against Defendants, jointly, severally and solidarily, for the injuries and damages as set forth above, any and all other and further relief and damages available under all applicable state and federal laws, and any general and equitable relief that the Court deems just and appropriate.

Respectfully submitted,

COSSICH, SUMICH, PARSIOLA
& TAYLOR, LLC

BY:   /s/ Philip F. Cossich, Jr.
    PHILIP F. COSSICH, JR., #1788 (T.A.)
    pcossich@cossichlaw.com
    DARREN D. SUMICH, #23321
    dsumich@cossichlaw.com
    DAVID A. PARSIOLA, #21005
    dparsiola@cossichlaw.com
    BRANDON J. TAYLOR, #27662
    btaylor@cossichlaw.com
    8397 Highway 23, Suite 100
    Belle Chasse, Louisiana  70037
    Telephone:  (504) 394-9000
    Facsimile:  (504) 394-9110

And

GRANT & BARROW, APLC
ROBERT W. GRANT, #18917
rgrant@grantbarrow.com
MICHAEL G. FANNING, #5440
mfanning@grantbarrow.com
238 Huey P Long Avenue
Gretna, Louisiana 70053
Telephone: (504) 368-7888
Facsimile:  (504) 368-7263

SERVICE WILL BE ATTEMPTED THROUGH WAIVER